JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Joan Chuakay

        Plaintiff,

v.

Department Stores National Bank

        Defendants.

Case No. CV 16-05626-AB (AGRx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 7, 2016      _____

                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE