JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joan Chuakay<br><br>              Plaintiff,<br><br>v.<br><br>Department Stores National Bank<br><br>              Defendants. | Case No. CV 16-05626-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 7, 2016         _____
                                             ANDRÉ BIROTTE JR.
                                             UNITED STATES DISTRICT JUDGE